FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT ANTHONY LEON,<br>　　　　Petitioner,<br>　　v.<br>CONNIE GIPSON, Warden,<br>　　　　Respondent. | Case No. CV 12-02117 AG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 31, 2012

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV - 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY