FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**NOV - 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY  _Shy_                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ROBERT ANTHONY LEON,<br>Petitioner,<br>v.<br>CONNIE GIPSON, Warden,<br>Respondent. | Case No.  CV 12-02117 AG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: October 31, 2012

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**NOV - 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY